NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/0600
    Facsimile: (213) 894-6269
    E-mail:   poonam.kumar@usdoj.gov
              roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-2 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANT CHINA ZHONGWANG HOLDINGS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE [176] |
| v. | |
| CHINA ZHONGWANG HOLDINGS, | |
| Defendant. | |

    Having reviewed the government's Motion for Certification of Facts and Issuance of an Order to Show Cause and the evidence submitted in connection with the Motion (Dkt. 170), the Magistrate Court's Certification of Facts and Orders to Show Cause Re: Contempt (Dkts. 171-72), and having presided over the Order to Show Cause Hearing in this matter on November 30, 2020, the COURT HEREBY FINDS:

    1.    Defendant China Zhongwang Holdings (defendant "China Zhongwang") was properly served under Federal Rule of Criminal Procedure 4 with summonses and an order to appear before the United

1

States District Court to answer to an Indictment on August 26, 2019, December 18, 2019, and February 12, 2020, at 2:00 p.m. in Courtroom 341 of the Roybal Federal Building at 255 E. Temple Street, Los Angeles, California.

2. The summons was served on defendant China Zhongwang for the August 26, 2019, initial appearance date via email to counsel for defendant China Zhongwang's Chairman and President on or about August 23, 2019.

3. The amended summons was served on defendant China Zhongwang for the December 18, 2019, initial appearance date via email to counsel for defendant China Zhongwang's Chairman and President on or about October 22, 2019.

4. The court order continuing the initial appearance date to February 12, 2020, was served on defendant China Zhongwang: (1) via email to counsel for defendant China Zhongwang's Chairman and President on or about January 8, 2020; (2) via email to defendant China Zhongwang's headquarters in Liaoyang City on or about January 17, 2020; and (3) via facsimile to defendant China Zhongwang's Hong Kong Office on or about February 4, 2020.

5. Defendant China Zhongwang failed to appear for its initial appearances in Courtroom 341 of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, on August 26, 2019, December 18, 2019, and February 12, 2020, at 2:00 p.m., notwithstanding the summonses and order to appear in that place and on those dates and times.

6. On October 22, 2020, the government filed a motion for certification of facts and issuance of an order to show cause. (Dkt. 170.)

7. On or about October 24 and October 27, 2020, the Magistrate Court certified facts, including that the government filed evidence that defendant China Zhongwang failed to appear for its August 26, 2019, December 18, 2019, and February 12, 2020, initial appearance dates despite being served with notice of the initial appearance dates. (Dkts. 171-72.)

8. On or about October 24 and October 27, 2020, the Magistrate Court ordered defendant China Zhongwang to appear before the District Court in Courtroom 850 of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California at 9:00 a.m. on November 30, 2020, at 9:00 a.m., for a show cause hearing. (Dkts. 171-72.)

9. Defendant China Zhongwang failed to appear at the November 30, 2020, show cause hearing.

10. The government has shown by clear and convincing evidence that defendant China Zhongwang has violated a court order by failing to appear for its initial appearance dates.

Accordingly, the COURT HEREBY ORDERS:

1. Defendant China Zhongwang shall pay a civil contempt sanction of $2,000 per calendar day, payable to the Court, until defendant China Zhongwang schedules and appears before the Court for its initial appearance and arraignment on the Indictment.

2. The civil contempt sanctions against defendant China Zhongwang shall start to accrue seven calendar days after the date of entry of this Order.

3. If defendant China Zhongwang has not scheduled and appeared before the Court for its initial appearance and arraignment on the Indictment four weeks after the civil contempt sanctions ordered

herein have begun to accrue, the civil contempt sanctions shall increase to $4,000 per calendar day.

4.   If defendant China Zhongwang has not scheduled and appeared before the Court for its initial appearance and arraignment on the Indictment eight weeks after the civil contempt sanctions ordered herein have begun to accrue, the civil contempt sanctions shall increase to $8,000 per calendar day.

5.   The government may petition the Court for interim judgments reflecting the accrued sanctions to be due, payable, and subject to immediate collection upon entry of such interim judgments.

6.   The government may petition the Court to increase the daily civil contempt sanctions for defendant China Zhongwang if the fines ordered are not sufficiently coercive to obtain defendant China Zhongwang's compliance with its obligation to schedule and appear for its initial appearance and arraignment on the Indictment.

IT IS SO ORDERED.

December 2, 2020
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
ROGER A. HSIEH
Assistant United States Attorney